**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **MANUEL RAMIRO CALLE CALLE,** | **Case No. 26–cv–08237–ESK** |
| **Petitioner,** | |
| **v.** | **OPINION** |
| **WARDEN DELANEY HALL DETENTION FACILITY, et al.,** | |
| **Respondents.** | |

**KIEL, U.S.D.J.**

Petitioner Manuel Ramiro Calle Calle filed this petition for writ of habeas corpus under 28 U.S.C. §2241 (Petition) (ECF No. 1.)  The filing fee for a petition for writ of habeas corpus is $5.00.  Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing.

Petitioner did not pay the filing fee or submit an *in forma pauperis* application.  The Court will direct the Clerk to send petitioner an *in forma pauperis* application to complete and return.   Petitioner shall submit the $5.00 filing fee or completed *in forma pauperis* application within 30 days. Otherwise, the Petition will be dismissed.

An appropriate Order accompanies this Opinion.

                                    */s/ Edward S. Kiel*                   
                                    **EDWARD S. KIEL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated:  July 7, 2026