**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MANUEL RAMIRO CALLE CALLE,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Case No. 26–cv–08237–ESK**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on petitioner Manuel Ramiro Calle Calle's petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Petition) (ECF No. 1); and for the reasons stated in the accompanying Opinion; and for good cause appearing,

**IT IS** on this **7th** day of **July 2026** **ORDERED** that:

1. The Clerk shall supply to petitioner a blank form entitled "AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" to be used by petitioner in any future application to proceed *in forma pauperis*.

2. If petitioner wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 within **30 days** after the date of entry of this Order.

3. Petitioner's writing shall include either (1) a complete *in forma pauperis* application, or (2) the $5 filing fee.

4. Failure to return either the filing fee or *in forma pauperis* application in **30 days** shall result in dismissal of this matter.

5. The Clerk shall send copies of the Opinion and Order to petitioner by regular mail.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**